No. 3466.—COMMINS, VDA. DE SOLÍS, APLDA., *v.* SUCESIÓN MERCADO, APLTE.—C. D. Ponce. Dic. 12, 1924. Desestimado el recurso a instancia del apelado por aparecer que esta corte carece de jurisdicción para conocer de la apelación, visto el caso de *Nadal* v. *American Railroad Company,* 19 D.P.R. 1080.

No. 3421.— COLÓN ET AL., APLDOS., *v.* SAMPOL ET AL., APLTES.—C. D. Humacao. Dic. 15, 1924. Desestimado el recurso a instancia del apelado por los fundamentos de los casos de *Díaz Mor* v. *Porto Rico Ry., Light & Power Co.* 33 D.P.R. 289, y *El Pueblo* v. *Figueroa,* de junio 12, 1924, (pág. 340). El Juez Presidente Sr. del Toro y el Juez Asociado Sr. Hutchison disintieron de la anterior resolución, porque hallándose pendiente en la corte de distrito una moción del apelante solicitando, de acuerdo con el artículo 140 del Código de Enjuiciamiento Civil y con las circunstancias concurrentes, la concesión de un nuevo término para la radicación de las notas taquigráficas, consideran prematura la moción de desestimación por no haberse presentado en tiempo dichas notas, ya que a su juicio la corte de distrito tiene jurisdicción para conceder o negar la petición que se le ha hecho.